UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-23682-CIV-MARTINEZ/MCALILEY

STEVE BROTHER,

    Plaintiff,

v.

FLORIDIAN HOTEL, INC.,

    Defendant.
_____/

## ORDER DIRECTING CORPORATION

Pending before the Court is Plaintiff's Motion for Court Enforcement of Stipulation For Settlement, and Request for Evidentiary Hearing, which asks the Court to enforce a settlement agreement entered into in 2003. [DE 10]. Defendant, a corporation, has responded to the motion through its vice president and treasurer. [DE 21, p. 8]. It is well-settled that a corporation may not represent itself. A "corporation is an artificial entity that can only act through its agents, cannot appear *pro* se, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Based on the foregoing, the Court ORDERS that:

Defendant Floridian Hotel, Inc. shall have until January 31, 2012, to retain new counsel who shall file a notice of appearance with this Court as of that date. If Defendant fails to obtain counsel and give this Court notice of new counsel's appearance as required

1

by this Order, this Court will entertain a motion by Plaintiff for entry of a default final judgment against Defendant.

DONE and ORDERED in chambers in Miami, Florida this 4th day of January, 2012.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Jose E. Martinez
Counsel of record

Ana Groh
Donald Groh
Floridian Hotel, Inc.
27501 S. Dixie Hwy, Suite 402
Naranja, FL 33032